CLOSED,_MJ

## U.S. District Court
### Western District of Oklahoma[LIVE] (Oklahoma City)
### CRIMINAL DOCKET FOR CASE #: 5:14-cr-00021-D-1

| | |
|---|---|
| Case title: United States of America v. Suter | Date Filed: 01/21/2014<br>Date Terminated: 09/19/2014 |

Assigned to: Honorable Timothy D. DeGiusti

Appeals court case number: 15-6201
Tenth Circuit Court of Appeals

### Defendant (1)

| | | |
|---|---|---|
| **Zachary Ryan Suter**<br>TERMINATED: 09/19/2014 | represented by | **Don G Pope**<br>Don G Pope & Associates PC<br>611 24th Ave SW<br>Suite 102<br>Norman, OK 73069<br>405-360-7555<br>Fax: 405-360-6990<br>Email: dpope@pope-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:513(a) COUNTERFEITED AND FORGED SECURITIES OF THE STATES AND PRIVATE ENTITIES<br>(1) | Defendant Sentenced to Bureau of Prisons for a Term of 51 months; Supervised Release of 3 years; S/A fee of $100.00; and Restitution in the amount of $16596.70 due immediately |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:513(a) COUNTERFEITED AND FORGED SECURITIES OF THE STATES AND PRIVATE ENTITIES<br>(2-6) | Order of Dismissal |

**Highest Offense Level (Terminated)**

Felony

**Complaints**　　　　　　　　　　　　　　　　　　　　**Disposition**

None

**Plaintiff**

**United States of America**　　　　represented by　**Brandon T Hale**
US Attorney's Office-OKC
210 W Park Ave
Suite 400
Oklahoma City, OK 73102
405-553-8813
Fax: 405-553-8887
Email: brandon.hale@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2014 | 1 | INDICTMENT as to Zachary Ryan Suter (1) count(s) 1-6. (Attachments: # 1 Criminal Cover Sheet) (njr) (Entered: 01/22/2014) |
| 01/22/2014 | 3 | ENTRY OF ATTORNEY APPEARANCE Brandon T Hale appearing for USA. (Hale, Brandon) (Entered: 01/22/2014) |
| 02/20/2014 | 5 | MINUTE ENTRY for proceedings held before Magistrate Judge Shon T. Erwin:Arraignment as to Zachary Ryan Suter (1) Count 1-6 held on 2/20/2014, dft apprs in custody of USM w/ct apptd cnsl Don Pope; Brandon Hale apprs on behalf of gvt; USPO Ann Alesch; dft fully advised of substance of the count; dft enters plea of Not Guilty; gvt recommends dft be detained based on risk of flight and danger to the community; detention hearing set for 2/25/14 at 11:00 am before Magistrate Judge Suzanne Mitchell; dft detained pending hearing; ( Jury Trial set for 4/8/2014 at 9:00 AM before Honorable Timothy D. DeGiusti.) (Tape #15:35:20.) (ch). (Entered: 02/21/2014) |
| 02/20/2014 | 6 | ORDER APPOINTING COUNSEL as to Zachary Ryan Suter. Don Pope apptd as cnsl for dft Zachary Ryan Suter. Signed by Magistrate Judge Shon T. Erwin on 2/20/14. (ch) (Entered: 02/21/2014) |
| 02/20/2014 | 7 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Zachary Ryan Suter (ch) (Entered: 02/21/2014) |
| 02/20/2014 | 8 | ORDER OF TEMPORARY DETENTION as to Zachary Ryan Suter. Detention Hearing set for 2/25/2014 AT 11:00 AM in Courtroom 102 before Magistrate Judge Suzanne Mitchell. Signed by Magistrate Judge Shon T. Erwin on 2/20/14. (ch) (Entered: 02/21/2014) |
| 02/21/2014 | 4 | ENTRY OF ATTORNEY APPEARANCE: Don G Pope appearing for Zachary |

| | | |
|---|---|---|
| | | Ryan Suter (Pope, Don) (Entered: 02/21/2014) |
| 02/25/2014 | 9 | MINUTE ENTRY for proceedings held before Magistrate Judge Suzanne Mitchell:Detention Hearing as to Zachary Ryan Suter held on 2/25/2014; Govt cnsl is Brandon Hale; dft cnsl is Don G. Pope; dft appears in custody of USM; Parties announce ready. Defendant waives right to detention hearing. Waiver of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered. Defendant detained pending trial; Defendant remanded to custody of U.S. Marshal. (sr) (Entered: 02/25/2014) |
| 02/25/2014 | 10 | WAIVER OF DETENTION HEARING AND CONSENT TO ORDER OF DETENTION PENDING FURTHER PROCEEDINGS as to Zachary Ryan Suter. Signed by Magistrate Judge Suzanne Mitchell on 2/25/2014. (sr) (Entered: 02/25/2014) |
| 02/25/2014 | 11 | WARRANT Returned Executed on 2/20/14 in case as to Zachary Ryan Suter. (hm) (Entered: 02/25/2014) |
| 03/13/2014 | 12 | NOTICE OF HEARING as to Zachary Ryan Suter Change of Plea Hearing set for 3/19/2014 01:00 PM in Courtroom 503 before Honorable Timothy D. DeGiusti. (mb) (Entered: 03/13/2014) |
| 03/19/2014 | 13 | MINUTE ENTRY for proceedings held before Honorable Timothy D. DeGiusti:Change of Plea Hearing as to Zachary Ryan Suter held on 3/19/2014, Plea entered by Zachary Ryan Suter (1) Guilty Count 1. (Court Reporter Christy Clark.) (mb) (Entered: 03/19/2014) |
| 03/19/2014 | 14 | PLEA AGREEMENT as to Zachary Ryan Suter (mb) (Entered: 03/19/2014) |
| 03/19/2014 | 15 | PETITION To Enter a Plea of Guilty by Defendant Zachary Ryan Suter (mb) (Entered: 03/19/2014) |
| 03/19/2014 | 16 | WAIVER of Jury Trial by Zachary Ryan Suter (mb) (Entered: 03/19/2014) |
| 06/19/2014 | 19 | SENTENCING MEMORANDUM by Zachary Ryan Suter (Pope, Don) (Entered: 06/19/2014) |
| 06/19/2014 | 20 | SENTENCING MEMORANDUM by Zachary Ryan Suter (Attachments: # 1 Attachment Allocution, # 2 Attachment Letters of Support)(Pope, Don) (Entered: 06/19/2014) |
| 09/09/2014 | 21 | NOTICE OF HEARING as to Zachary Ryan Suter Sentencing set for 9/18/2014 09:30 AM in Courtroom 503 before Honorable Timothy D. DeGiusti. (mb) (Entered: 09/09/2014) |
| 09/18/2014 | 22 | MINUTE ENTRY for proceedings held before Honorable Timothy D. DeGiusti:Sentencing held on 9/18/2014 for Zachary Ryan Suter (1), Count(s) 1, Defendant Sentenced to Bureau of Prisons for a Term of 51 months; Supervised Release of 3 years; S/A fee of $100.00; and Restitution in the amount of $16596.70 due immediately; Count(s) 2-6, Order of Dismissal. (Court Reporter Christy Clark.) (mb) (Entered: 09/19/2014) |
| 09/18/2014 | 23 | ORDER of DISMISAL as to Counts 2-6 of theIndictment filed January 21, 2014 as to Zachary Ryan Suter are dismissed. Signed by Honorable Timothy D. |

| | | |
|---|---|---|
| | | DeGiusti on 9/18/2014. (mb) (Entered: 09/19/2014) |
| 09/19/2014 | 24 | JUDGMENT & Commitment as to Zachary Ryan Suter (1), Count(s) 1, Defendant Sentenced to Bureau of Prisons for a Term of 51 months; Supervised Release of 3 years; S/A fee of $100.00; and Restitution in the amount of $16596.70 due immediately; Count(s) 2-6, Order of Dismissal. Signed by Honorable Timothy D. DeGiusti on 9/19/2014. (mb) (Entered: 09/19/2014) |
| 11/20/2014 | 26 | CJA 20 as to Zachary Ryan Suter: Authorization to Pay Pope. Voucher # 141105000076. Signed by Honorable Timothy D. DeGiusti on 11/4/14. (kr) (Entered: 11/20/2014) |
| 11/20/2014 | 27 | CJA 20 as to Zachary Ryan Suter: Authorization to Pay Pope. Voucher # 141105000071. Signed by Honorable Timothy D. DeGiusti on 11/4/14. (kr) (Entered: 11/20/2014) |
| 10/16/2015 | 28 | MOTION for Leave of Court to Proceed in the Following Cause of Action by Zachary Ryan Suter. (Attachments: # 1 Envelope)(cla) STRICKEN on 10/21/2015 see 33 Order (cla). (Entered: 10/16/2015) |
| 10/16/2015 | 29 | MOTION for Correction of Sentence by Zachary Ryan Suter. (Attachments: # 1 Envelope)(cla) STRICKEN on 10/21/2015 see 33 Order (cla). (Entered: 10/16/2015) |
| 10/16/2015 | 30 | NOTICE OF APPEAL by Zachary Ryan Suter re 24 Judgment & Commitment. (Attachments: # 1 Envelope)(cla) (Entered: 10/16/2015) |
| 10/16/2015 | 31 | PRELIMINARY RECORD LETTER - Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 30 Notice of Appeal. (cla) (Entered: 10/16/2015) |
| 10/19/2015 | 32 | Tenth Circuit Court of Appeals USCA Case Number 15-6201 as to Zachary Ryan Suter for 30 Notice of Appeal filed by Zachary Ryan Suter. (cla) (Entered: 10/19/2015) |
| 10/21/2015 | 33 | ORDER striking 28 Motion for Order as to Zachary Ryan Suter (1); striking 29 Motion for Order as to Zachary Ryan Suter (1). Signed by Honorable Timothy D. DeGiusti on 10/21/15. (wh) (Entered: 10/21/2015) |
| 11/10/2015 | 34 | MOTION for Extension of Time to File 2255 Petition by Zachary Ryan Suter. (Attachments: # 1 Envelope)(jb) (Entered: 11/10/2015) |
| 11/16/2015 | 35 | ORDER of USCA as to Zachary Ryan Suter re 30 Notice of Appeal. Dismissed as untimely. Procedural termination after other judicial action. Written, unsigned, and unpublished. Judges Briscoe, Bacharach, and Phillips (jb) (Entered: 11/17/2015) |
| 11/18/2015 | 36 | RESPONSE to Motion by United States of America as to Zachary Ryan Suter re 34 MOTION for Order (Hale, Brandon) (Entered: 11/18/2015) |
| 12/23/2015 | 37 | ORDER denying 34 Motion for Leave to File 2255 Motion Out of Time as to Zachary Ryan Suter (1). Signed by Honorable Timothy D. DeGiusti on 12/23/2015. (mb) (Entered: 12/23/2015) |
| 03/17/2016 | 38 | MOTION for Documents by Zachary Ryan Suter. (Attachments: # 1 Envelope) |

| | | |
|---|---|---|
| | | (jb) (Entered: 03/17/2016) |
| 04/06/2016 | 39 | ORDER denying 38 Motion for Documents as to Zachary Ryan Suter (1). Signed by Honorable Timothy D. DeGiusti on 4/6/2016. (mb) (Entered: 04/06/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2020 12:00:44 | | | |
| PACER Login: | us4494:2653866:0 | Client Code: | 1111 |
| Description: | Docket Report | Search Criteria: | 5:14-cr-00021-D Start date: 1/1/1971 End date: 4/23/2020 |
| Billable Pages: | 3 | Cost: | 0.30 |

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

JAN 21 2014

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | Case No. CR 14-021 D |
| ZACHARY RYAN SUTER, | ) | Violation: 18 U.S.C. § 513(a) |
| Defendant. | ) | |

## INDICTMENT

**The Federal Grand Jury charges:**

### COUNTS 1-6
(Counterfeited and forged checks)

On or about the following dates, in the Western District of Oklahoma, **ZACHARY RYAN SUTER,** the defendant, knowingly made, uttered, and possessed counterfeited and forged securities—namely, checks—of an organization, that is, a nongovernmental legal entity that operates in and whose activities affect interstate and foreign commerce, with the intent to deceive another person and organization, as listed below:

| Count | Date | Check number | Amount | Organization |
|---|---|---|---|---|
| 1 | 4/23/2013 | 4556 | $2,500 | InterBank |

| 2 | 4/24/2013 | 1158 | $2,000 | RCB Bank |
| 3 | 5/17/2013 | 7129 | $523.78 | BancFirst |
| 4 | 6/19/2013 | 18900 | $3,427.09 | NBC Oklahoma |
| 5 | 7/3/2013 | 1535 | $990.53 | Arvest Bank |
| 6 | 8/29/2013 | 65300 | $177.27 | Wells Fargo Bank |

All in violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:

s/Foreperson

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

s/Brandon T. Hale

BRANDON T. HALE
Assistant U.S. Attorney

2

# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑       Case No. **CR-14-021-D**

Number of Counts  **6**     Number of Defendants **1**     USAOID No. _____     By: **CLS**

## INDICTMENT

JAN 21 2014

Sealed: Yes ☐  No ☑     OCDETF: Yes ☐  No ☑     Notice ☐  Summons ☐  Writ ☐  Warrant ☑ to Issue

| DEFENDANT: | ZACHARY RYAN SUTER | | |
|---|---|---|---|
| Alias(es): | | Address: | Unknown |
| | | Phone: | |
| Age&DOB: 38; 1975 | SS#: xxx-xx-6757 | Juvenile: Yes ☐ No ☑ | Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐ | RACE: White | Language/Dialect: | |

**Defendant Status:**

☑ Not in Custody

Type of Bond Recommended on this Charge:
OR ☐  Cash ☐  10% ☐  Unsecured ☐  Surety ☐

Bond set at: $ _____ Date: _____
Current Bond on Other Charge  Federal ☐  State ☐

Bond in Amount of: $ _____

☐ In Jail at: _____     Under Prisoner/Register No.: _____     Detention ☑

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain: Yes ☐ No ☐ |
|---|---|
| Complaint: Yes ☐ No ☐ | Bond Set: _____ Date: _____ |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐ No ☐ | Total Number of defendants: |

RECEIVED JAN 21 2014

**Attorney Information:**

| Defense Counsel: | AUSA: BRANDON HALE |
|---|---|
| Address: | Phone: 405/553-8813  Fax: 405/553-8888 |
| Phone: _____ Fax: _____ | Federal Agent/Agency: USPIS |
| Retained ☐  CJA Panel ☐  Public Defender ☐ | Local Agent/Agency: |

ROBERT D. DENNIS
CLERK, U.S. DISTRICT COURT
BY _____

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-6 | 18 U.S.C. § 513(a) | Counterfeited and forged securities of the States and private entities. | Not more than 10 years' imprisonment, $250,000 fine, or both; 3 years supervised release; $100 special assessment; and restitution. |

Date: 1/21/14     Signature of AUSA  s/Brandon Hale

800/6-97

AO 245B (Rev. 9/11) Judgment in a Criminal Case
Sheet 1

# United States District Court
## Western District Of Oklahoma

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| | CASE NUMBER: CR-14-021-001-D |
| | USM Number: 28825-064 |
| ZACHARY RYAN SUTER | Don G. Pope |
| THE DEFENDANT: | Defendant's Attorney |

☒ pleaded guilty to count(s) 1 of the Information filed January 21, 2014 .

☐ pleaded nolo contendere to count(s) _____ .
which was accepted by the court.

☐ was found guilty on count(s) _____ . after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 513(a) | Counterfeited and forged securities of the states and private entities | August 29, 2014 | 1 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ .

☒ Count(s)  2, 3, 4, 5 and 6  ☐ is ☒ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 18, 2014
Date of Imposition of Judgment

s/Timothy D. DeGiusti

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

September 19, 2014
Date

DEFENDANT: ZACHARY RYAN SUTER  
CASE NUMBER: CR-14-21-001-D

Judgment - Page  2  of  7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **51 months as to Count 1 of the Indictment filed January 21, 2014**  .

☒ The court makes the following recommendations to the Bureau of Prisons:

**  Inmate Financial Responsibility Program at a rate determined by the Bureau of Prisons with the requirements of the program
**  Residential Drug Abuse Program while incarceration
**  Take precautions to prevent undue risk to the defendant
**  Defendant shall make payment of of ten(10) percent of the defendant's quarterly earnings during the term of imprisonment

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

❏ at _____ on _____ .

❏ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2:00p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment by:

_____

_____

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

DEFENDANT: ZACHARY RYAN SUTER  
CASE NUMBER: CR-14-21-001-D

Judgment - Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of: 3 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody.

The defendant shall not commit another federal, state or local crime.

The defendant must not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant must not possess a firearm or destructive device, or other dangerous weapon. (Check if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved rehabilitation program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer in a manner and frequency directed by the probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten(10) days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ZACHARY RYAN SUTER  
CASE NUMBER: CR-14-21-001-D

Judgment - Page __4__ of __7__

## SPECIAL CONDITIONS OF SUPERVISION

☒ The defendant shall complete a program of cognitive behavioral treatment.

☒ The defendant shall participate in a program of substance abuse aftercare at the direction of the probation officer to include urine, breath, or sweat patch testing; and outpatient treatment. It is recommended that the defendant shall totally abstain from the use of alcohol and other intoxicants both during and after completion of any treatment program. The defendant shall not frequent bars, clubs, or other establishments where alcohol is the main business. The court may order that the defendant contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer based on the defendant's ability to pay.

☒ The Court does not impose community service.

☒ The defendant must submit to a search of his person, property, dwelling, data storage devices, or any automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting firearms; controlled substances; evidence of the possession, production or use of false identification, forged/falsified instruments, or any unauthorized access devices; and or evidence of any other financial crimes at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

☒ The defendant shall disclose all assets and liabilities to the probation office. The defendant shall not transfer, sell, give away or otherwise convey any asset without first consulting with the probation office.

☒ The defendant shall, upon request of the probation office, authorize release of any and all financial records, income tax records and social security records, by execution of a release of financial information form, or by any other appropriate means.

☒ The defendant shall maintain a single checking account in his/her name. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other bank accounts must be disclosed to the probation office.

☒ The defendant shall not make application for any loan or enter into any credit arrangement without first consulting with the probation office.

☒ If the defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender and/or make available for review, any and all documents and records of said business or enterprise to the probation office.

DEFENDANT: ZACHARY RYAN SUTER  
CASE NUMBER: CR-14-21-001-D

Judgment - Page 5 of 7

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | $ | $16,596.70 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such a determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| U. S. Court Clerk<br>Western District of Oklahoma<br>to be forwarded to: | | | |
| Interbank<br>4921 North May Avenue<br>Oklahoma City, Oklahoma 73112 | | $2,500.00 | |
| Buy For Less<br>2740 Featherston Rd.<br>Oklahoma City, Oklahoma 73120 | | $2,226.45 | |
| NBC Oklahoma<br>P. O. Box 21000<br>Oklahoma City, Oklahoma 73156 | | $3,427.09 | |
| TeleCheck<br>5251 Westheimer<br>Houston, Texas 77056 | | $2,526.68 | |
| Bank of Oklahoma<br>Attn: Security Dept.<br>One Williams Center<br>Tulsa, Oklahoma 74172 | | $2,150.00 | |
| BancFirst<br>Attn: Ms. Sharon Lewis-Williams<br>P. O. Box 26788<br>Oklahoma City, Oklahoma 73126 | | $ 113.66 | |
| Arvest Bank<br>P.O. Box 207<br>Prairie Grove, Arkansas 72753 | | $ 681.86 | |

DEFENDANT: ZACHARY RYAN SUTER  Judgment - Page 6 of 7
CASE NUMBER: CR-14-21-001-D

**CRIMINAL MONETARY PENALTIES**

| | |
|---|---|
| Big Tex Trailer World<br>Attn: Stan Garrett<br>950 I-30 East<br>Mt. Pleasant, Texas 75455 | $ 177.27 |
| First America Bank<br>570 24th Avenue NW<br>Norman, Oklahoma 73069 | $1,119.83 |
| O'Reilly's<br>233 South Patterson Avenue<br>Springfield, Missouri 65802 | $ 157.22 |
| Braum's<br>Box 25429<br>3000 N. E. 63rd Street<br>Oklahoma City, Oklahoma 73125 | $ 119.54 |
| Langston's<br>2034 N.W. 7th Street<br>Oklahoma City, Oklahoma 73106 | $ 178.97 |
| Western Wear Outlet<br>2235 Exchange<br>Oklahoma City, Oklahoma 73108 | $ 160.58 |
| MidFirst Bank<br>Attn: Jeni Smathers<br>11001 N. Rockwell<br>Oklahoma City, Oklahoma 73162 | $ 500.00 |
| JP Morgan Chase<br>Attn: Court Orders<br>P.O. Box 183164<br>Columbus, Ohio 43218 | $ 212.91 |
| First National Bank<br>Attn: Ms. Cindy Plugge<br>10900 Hefner Pointe Drive<br>Oklahoma City, Oklahoma 73120 | $ 344.64 |
| **Totals:** $_____ | $16,596.70 |

☐ The defendant must pay interest on restitution and a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6, may be subject to penalties for default and delinquency under to 18 U.S.C. § 3612(g).

☒ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ The interest requirement is waived for the ☐ fine ☒ restitution.

☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: ZACHARY RYAN SUTER  Judgment - Page 7 of 7
CASE NUMBER: CR-14-21-001-D

**SCHEDULE OF PAYMENTS**

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒ Lump sum payment of $ 16,696.70 due immediately, balance due
   ☐ not later than _____, or
   ☒ in accordance with ☐ C, ☒ D, or ☐ E, or F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐ Payment in equal ____ (e.g, weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☒ Payment in monthly installments of the greater of $ or ten(10) percent of the defendant's gross monthly income as directed by the probation, to commence not later than 30 days after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Anthony Mann | CR-14-22-D | $16,596.70 |
| Desiree Cearley | CR-14-23-D | $16,596.70 |

Defendant and Co-Defendant Names and Case Numbers(including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

❏ The defendant shall pay the cost of prosecution.
❏ The defendant shall pay the following court cost(s):
❏ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution (7) penalties, and (8) costs, including cost of prosecution and court costs.